UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SAMUEL FRATTO III and JAMES JOHANNEMANN, as Trustees of I.B.E.W. LOCAL 363 PENSION FUND, WELFARE FUND, MONEY PURCHASE PENSION FUND, VACATION AND PAID HOLIDAY FUND, SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND, LABOR MANAGEMENT COOPERATIVE FUND, and JOINT APPRENTICE TRAINING FUND, and GILBERT HEIM, as President of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 363,

**DEFAULT JUDGMENT**

Civil Action No.: 21-cv-5738
(KMK)

Plaintiffs,

-against-

ALLIANCE ELECTRICAL & SURVEILLANCE SYSTEMS, LLC and PETER AMROD,

Defendants.
-----------------------------------------------------------------------x

This action, having been commenced on July 2, 2021, by the filing of the complaint and issuance of a summons, and the summons and complaint having been served upon defendants ALLIANCE ELECTRICAL & SURVEILLANCE SYSTEMS, LLC and PETER AMROD, pursuant to Rule 4(e)(1) and Rule 4(h)(1) of the Federal Rules of Civil Procedure; and it further appearing that defendants ALLIANCE ELECTRICAL & SURVEILLANCE SYSTEMS, LLC and PETER AMROD has not appeared, answered or made any motion with respect to the complaint and the time for answering the complaint or so moving having expired,

**NOW,** on motion of Archer, Byington, Glennon & Levine, LLP, attorneys for the plaintiffs, and upon the proceedings herein, it is

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs are hereby awarded judgment against defendants, ALLIANCE ELECTRICAL & SURVEILLANCE SYSTEMS, LLC and PETER AMROD, in the sum of $35,594.06 for unpaid fringe benefit contributions for

the period June 1, 2020 to November 30 2020, plus interest of $4,035.85 at the rate of nine percent (9%) per annum, as demanded in the complaint and as provided in defendant's collective bargaining agreement, the plaintiffs' Trust Agreement, and §502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2), plus liquidated damages in the sum of fifteen (15%) percent of the unpaid contributions as demanded in the complaint and as provided in defendants' collective bargaining agreement and §502(g)(2)(C) of ERISA, 29 U.S.C. §1132(g)(2)(C), amounting to $5,339.11, plus the reasonable attorneys' fees and costs of this action, as demanded in the complaint and as provided in §502(g)(2)(D) of ERISA, 29 U.S.C. §1132(g)(2)(D), amounting to $3,487.00 as of October 31, 2021, and amounting in all to judgment in plaintiffs' favor in the sum of $48,456.02, plus interest at the per diem rate of $8.78 per day post November 12, 2021, to the date of entry of judgment herein, and that plaintiffs have execution therefor.

Dated: New York, New York
       January 26, 2022

_____
U.S.D.J.

776456-1